# memorandum

DATE: March 2, 2020

REPLY TO
ATTN OF: Nathan Lynn
United States Probation Officer – Fort Myers Division

SUBJECT: **Sherman Williams, Jr., Docket No.: 2:20-cr-59-FtM-38MRM**
Transfer of Jurisdiction Request

TO: The Honorable Sheri Polster Chappell
United States District Judge

## COURT HISTORY:

On August 25, 2006, the above referenced defendant appeared for sentencing in the Southern District of Florida before the Honorable Daniel T.K. Hurley. The defendant was sentenced to 180 months incarceration to be followed by five years of Supervised Release for a violation of 21 § 963 – Conspiracy to Import at Least Five Kilograms of Cocaine. In addition to the Mandatory and Standard Conditions, the following Special Conditions were imposed: Substance abuse treatment, provide access to financial information, maintain full time employment, self-employment restriction, and search and seizure. Additionally, a special assessment of $100 was imposed.

## SUPERVISION HISTORY:

On February 8, 2019, the defendant released from incarceration and began his current term of supervision in the Middle District of Florida. Throughout his time in the community, the defendant has maintained relatively stable residence and employment. The defendant's original residence in Fort Denaud, Florida, was sold without notice to the defendant. He was able to quickly relocate to live with other family members in North Fort Myers, Florida, where he remains at present day. Additionally, although the defendant was let go for a brief period from his job, he has continued to work with Williamson Brothers Marine Construction since his release from custody.

Shortly after commencing supervision, the defendant was placed in the urine surveillance testing program, wherein he was directed to submit to random urinalysis drug testing. On July 31, 2019, the defendant submitted a urine sample for drug testing and advised the sample would return positive for cannabinoids. The urine specimen tested positive for cannabinoids. The defendant advised his father had suffered a heart attack, and after a short term on life support, had passed away. The defendant advised he had used marijuana to cope. The defendant later met with this Officer and signed a drug use admission form, admitting the use of marijuana on July 29, 2019.

A notice of violation was sent to the Southern District of Florida, advising the defendant had been verbally admonished and would continue in the urine surveillance testing program. It was requested that no further Court action be pursued.

On December 18, 2019, the defendant submitted to a urine sample for random urinalysis drug testing and, again, readily admitted that the sample would return positive for cannabinoids. The urine specimen tested positive for cannabinoids. On January 7, 2020, the defendant met with this Officer and signed a drug use admission form admitting using of marijuana on December 17, 2019. On January 7, 2020, the defendant submitted to a urinalysis drug test, and the sample again returned positive for cannabinoids. On January 14, 2020, the defendant met with this Officer to review the results of the test, and he denied any new use of marijuana following the sample on December 18, 2019. As such, the two samples were forwarded to the National Laboratory for further analysis. An interpretation report was returned from the laboratory and it was determined that the defendant had reused marijuana prior to the drug test conducted on January 7, 2020.

The defendant was verbally admonished for his violations and informed that continued conduct of this nature would result in possible revocation of his supervision. The defendant was continued in the urine surveillance testing program and also referred for individual substance abuse treatment with Beyond Barriers in Fort Myers, Florida.

A notice of violation was sent to the Southern District of Florida requesting their office notify the Court of the violation, and further, request transfer of jurisdiction in this case so any future supervision concerns can be addressed in the most expeditious means possible.

On February 10, 2020, an Order Transferring Jurisdiction was signed in the Southern District of Florida by the Honorable Rodney Smith.

**RECOMMENDATION:**

Our office concurs with the Southern District of Florida's approval of Transfer of Jurisdiction to the Middle District of Florida. We respectfully request Your Honor consider formally transferring jurisdiction to the Middle District of Florida to address any future non-compliance in the most expeditious means possible. Should Your Honor concur with our request, we have enclosed the appropriate forms for your review and signature.

| Respectfully Submitted: | Approved By: |
|---|---|
| /s/ Nathan Lynn | /s/ AnnaMaria C. McCartney |
| Nathan Lynn | AnnaMaria McCartney, Supervisory |
| United States Probation Officer | United States Probation Officer |
| (239) 461-2092 | (239) 461-2086 |
| (239) 218-5946 | (239) 229-0154 |

cc: Joseph C. Collins, Chief
    United States Probation Officer

The Honorable Sheri Polster Chappell
RE: Williams, Sherman
March 2, 2020
Page 3

APPROVED: _Sheri Polster Chappell_ March 3, 2020
SHERI POLSTER CHAPPELL Date
UNITED STATES DISTRICT JUDGE

DISAPPROVED: _____ _____
The Honorable Sheri Polster Chappell Date
United States District Judge

COMMENTS: _____
_____
_____
_____
_____
_____